UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GOODWIN, Administrator of the Estate of Malissa Williams, et al., | CASE NO. 1:13 CV 2651 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| vs. | |
| CITY OF CLEVELAND, et al., | STIPULATED DISMISSAL WITH PREJUDICE |
| Defendants. | |

The Court held a settlement conference with clients and counsel on July 14, 2014. As a result of negotiations, the above-captioned case has settled, subject to Probate Court approval. Accordingly, this case is hereby dismissed without prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

Upon Probate Court approval, Plaintiffs shall file an entry dismissing the case with prejudice.

The Court retains jurisdiction over the settlement agreement.

_____
Attorney for Plaintiff Elizabeth Goodwin,
Administrator of the Estate of Malissa Williams

_____
Attorney for Defendants

_____
Attorney for Plaintiff Debora L. Bodnar,
Administrator of the Estate of Timothy Ray Russell

IT IS SO ORDERED.

_____
Dan Aaron Polster
United States District Judge